UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WILSON,

    Plaintiff,

v.

EAST JORDAN PLASTICS, INC.,

    Defendant.

_____/

Case No. 1:23-cv-205

HONORABLE PAUL L. MALONEY

## ORDER

This Court having been informed through the filing of the Notice of Settlement (ECF No. 14) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that the joint motion for settlement approval and supporting documentation shall be filed with the Court no later than **December 22, 2023**.

**IT IS FURTHER ORDERED** that all other current deadlines are suspended until further order of the court.

Dated: November 28, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge