UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH WILSON, on behalf of himself
and all others similarly situated,

            Plaintiff,

v.

EAST JORDAN PLASTICS, INC.,

            Defendant.

Case No. 23-cv-205

Hon. Paul L. Maloney
Magistrate Judge Ray S. Kent

| WALCHESKE & LUZI, LLC<br>By: Scott S. Luzi (WI Bar 1067405)<br>235 N. Executive Drive, Suite 240<br>Brookfield, WI 53005<br>(262) 780-1953<br>sluzi@walcheskeluzi.com<br>Attorneys for Plaintiff | BODMAN PLC<br>By: John T. Below (P48677)<br>    Gary S. Fealk (P53819)<br>    Amanda McSween Empey (P84594)<br>201 W. Big Beaver Road, Suite 500<br>Troy, MI 48084<br>(248) 743-6000<br>jbelow@bodmanlaw.com<br>grfealk@bodmanlaw.com<br>aempey@bodmanlaw.com<br>Attorneys for Defendant |
|---|---|

## STIPULATED ORDER OF DISMISSAL

The parties, through their respective counsel, have stipulated to dismissal of this action with prejudice pursuant to the terms of the Settlement Agreement approved by the Court on January 30, 2024 (ECF No. 20).

IT IS HEREBY ORDERED that this case is this DISMISSED with prejudice. This is a final order, which resolves all pending claims and closes the case.

**SO ORDERED.**

Dated:   February 2  , 2024

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

APPROVED AND STIPULATED TO FOR ENTRY:

| | |
|---|---|
| WALCHESKE & LUZI, LLC | BODMAN PLC |
| _s/ Scott S. Luzi_ | _s/ Gary S. Fealk_ |
| Scott S. Luzi (WI Bar 1067405) | John T. Below (P48677) |
| 235 N. Executive Drive, Suite 240 | Gary S. Fealk (P53819) |
| Brookfield, WI 53005 | Amanda McSween Empey (P84594) |
| (262) 780-1953 | 201 W. Big Beaver Road, Suite 500 |
| sluzi@walcheskeluzi.com | Troy, MI 48084 |
| Attorneys for Plaintiff | (248) 743-6000 |
| | jbelow@bodmanlaw.com |
| | grfealk@bodmanlaw.com |
| | aempey@bodmanlaw.com |
| | Attorneys for Defendant |

Dated: February 1, 2024